UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: Cheryl Marie Miller

CASE NO: 21-51184

(Insert Name(s) of Debtor(s))

Address 2006 Germaine St
Cuyahoga Falls, OH 44221

Last 4 digits of SSN and/or EIN: 5995

Debtor(s).

CHAPTER 7

**Statement Under Penalty of Perjury Concerning Payment Advices
Due Pursuant to 11 U.S.C. §521(a)(1)(B)(iv)**

I *, Cheryl Marie Miller (Debtor's Name), state as follows:
I did not file with the Court copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

__xx__ a) I was not employed during the period immediately preceding the filing of the above-referenced case __2019 to present__ (state the dates that you were not employed);

____ b) I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

____ c) I am self-employed and do not receive any evidence of payment from an employer;

____ d) Other (Please Explain) _____

I declare under penalty of perjury that the foregoing statement is true and correct.

Dated this __11th__ day of __August__, 20__21__.

/s/ Wayne W. Sarna (Signature of Debtor)
Debtor

*A separate form must be filed by each Debtor